```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

SHANE D. WILLIS                                          PLAINTIFF

      v.            Civil No. 12-5234

ERWIN L. DAVIS                                           DEFENDANT

### O R D E R

Now on this 14th day of November, 2012, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #3), filed on October 24, 2012, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #3) is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, plaintiff's **Application to Proceed In Forma Pauperis** (document #2) is **denied,** and this case is **dismissed with prejudice.** The Clerk is directed to place a § 1915(g) strike flag on this case.

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                          **JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**